USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-6-2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. 2008 SECURITIES LITIGATION | Master File No.: 08-CV-4772-LTS-DCF |
| This Document Relates To: All Actions | |

### [PROPOSED] ORDER (1) GRANTING LEAD PLAINTIFF'S MOTION TO AMEND EXHIBIT A TO NOTICE OF CLASS ACTION, PROPOSED SETTLEMENT, MOTION FOR ATTORNEYS' FEES AND EXPENSES, AND SETTLEMENT HEARING, AND (2) ORDERING METHODS TO NOTIFY SETTLEMENT CLASS MEMBERS OF MODIFICATION OF EXHIBIT A TO NOTICE

On this 6th day of January, 2015, upon consideration of Lead Plaintiff's motion to amend Exhibit A to Notice of Class Action, Proposed Settlement, Motion for Attorneys' Fees and Expenses and Settlement Hearing, and for good cause shown therein,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Lead Plaintiff's motion to amend Exhibit A is GRANTED;

2. Lead Plaintiff is hereby ORDERED to modify the Exhibit A as provided in the motion; and

3. Lead Counsel and the Claims Administrator are further ORDERED to: (a) post a specific notification to Settlement Class Member purchasers of AIG FP Securities of the modified Exhibit A, alerting them to the changes made in the October 9, 2008 price column for the twenty-one AIG FP Securities at issue, on the websites maintained for the Settlement by Lead Counsel and the Claims Administrator; (b) include the modified Exhibit A in Notices available through the websites maintained for the Settlement by Lead Counsel and the Claims Administrator; and (c) for Notices mailed to potential class members after the entry of this Order,

the outside of the envelope containing the packet for the Notice and Proof of Claim and Release shall be printed with an alert advising purchasers of AIG FP Securities to the modified Exhibit A that will be accessible through the websites of Lead Counsel and the Claims Administrator.

SO ORDERED:

Dated: _January 6_, 2015

_____
Honorable Laura Taylor Swain
UNITED STATES DISTRICT JUDGE